IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **ALPHONSO NORMAN,** | * | |
| | * | |
| Movant, | * | |
| | * | |
| V. | * | CASE NO. 2:07-CV-893-MEF |
| | * | |
| **UNITED STATES OF AMERICA,** | * | |
| | * | |
| Respondent. | * | |

### AFFIDAVIT OF BRUCE MADDOX

**STATE OF ALABAMA** )
                                 :
**MONTGOMERY COUNTY** )

    BEFORE ME, the undersigned notary public in and for the State of Alabama at Large, personally appeared Bruce Maddox, whom after first being duly sworn by me, did depose and state as follows:

    1. At the time of my representation of Mr. Norman, I was co-counsel with Thomas M. Goggans, Esquire. During our representation of Norman, a Motion to Suppress was drafted by Mr. Goggans and filed, relating to the search and seizure leading to the charges in the case. After the hearing of that Motion to Suppress, other issues regarding the search warrant arose, including discrepancies in various copies of the search warrants. We were in the process of raising new issues and continuing our investigation of the search warrant when Mr. Norman retained other counsel.

    2. Mr. Norman then made unreasonable demands of Mr. Goggans and me, including trying to assert control over our professional judgment and obligations. As a result of same, there was a breakdown in the attorney-client relationship. Among his "instructions" to me was the provision that I could not file further pleadings without his prior approval, which I took to mean, among other

things, the approval of his new attorney. The communication was in a rude and offensive tone. I immediately ceased attempts to investigate and to amend pleadings to conform to the results of investigations. I moved to withdraw and my motion was granted. Mr. Norman later told me that his new attorney had told him that he could behave toward me in the manner that he did with impunity because the Court would not permit me to withdraw.

3. At the time of my withdrawal, Mr. Norman was represented by other counsel who had ample time to assert the claims that he contends were not asserted. At the time of my withdrawal, Mr. Norman had INTENTIONALLY ended my ability to function effectively as his attorney.

        s/Bruce Maddox
        Bruce Maddox (MAD013)
        6728 Taylor Court
        Montgomery, Alabama 36117
        Phone: (334) 244-7333
        Fax: (334) 260-9600
        retrocam@aol.com

SWORN TO and SUBSCRIBED before me, a notary public in and for State of Alabama at Large, on the 25th day of October, 2007.

        s/Carolyn L. Rayburn
        NOTARY PUBLIC
        My Commission Expires 02/17/2010

**CERTIFICATE OF SERVICE**

I hereby certify that on this 25th day of October, 2007, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to appropriate parties. A copy of same will be sent, via United States mail, postage prepaid, to the following:

Alphonso Norman Reg No. 11288-002
Memphis Federal Correctional Institution
Inmate Mail/Parcels
P.O. Box 34550
Memphis, TN 38134

        s/Bruce Maddox
        Of Counsel