IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ALFONSO NORMAN, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Civil Action No. 2:07cv893-MEF |
| ) | (CR 2:03cr229-F) |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

**MOTION FOR EXTENSION OF TIME TO RESPOND**

COMES NOW the United States of America ("the Government"), by and through its counsel, Leura G. Canary, United States Attorney for the Middle District of Alabama, and Sandra J. Stewart, Assistant United States Attorney, and hereby moves this Honorable Court to grant the Government an additional 30 days in which to file its response in the above-styled case.

This Court issued an Order, dated October 5, 2007, directing the Government to file a response to Petitioner Alfonso Norman's Motion under 28 U.S.C. § 2255 To Vacate, Set Aside, Or Correct Sentence By A Person In Federal Custody within 30 days of the date of the Order, making the Government's response due no later than November 5, 2007. Undersigned counsel respectfully requests that this Court grant counsel an additional 30 days in which to file the Government's response to the § 2255 motion for the following reasons:

1.   Undersigned counsel was assigned to respond to this matter October 24, 2007. The attorney who had been handling the case on behalf of the Government is away on military leave and will be for some time. Undersigned counsel was not counsel for the United States in

1

the underlying criminal case and will need to locate the records in the case, order any necessary transcripts, and review those documents to fully respond to Norman's § 2255 motion.

    2.    In addition, undersigned counsel currently has another response to a § 2255 motion due in district court, in the case of *Frank James Edwards v. United States*, Case No. 2:07cv171-MEF, on November 5, 2004, another case recently reassigned to her, after an extension by another AUSA had been received by the court. She also has two briefs due in the Eleventh Circuit Court of Appeals, one on November 5, 2007 in the case of *United States v. Alfred Allen Lee*, Case No. 07-13377-FF, and another in the case of *United States v. Paul Eugene Webster*, Case No. 07-13019-GG, with a due date probably in late November or early December, pending the Government's request for extension of time to file its brief in that case.

    WHEREFORE, the Government asks for this Court's indulgence and respectfully requests that it grant the Government an additional 30 days in which to file its response to Norman's § 2255 motion. With the extension, the Government's response will be due on or before December 4, 2007.

    Respectfully submitted this 31st day of October, 2007.

                                                           LEURA G. CANARY
                                                           UNITED STATES ATTORNEY

                                                           /s/ Sandra J. Stewart
                                                           SANDRA J. STEWART
                                                            Assistant United States Attorney
                                                           131 Clayton Street
                                                           Montgomery, AL 36101-0197
                                                           (334) 551-1764
                                                           (334) 223-7135

CERTIFICATE OF SERVICE

      I hereby certify that on this 31st day of October, 2007, I served the foregoing Motion For Extension Of Time To Respond on the *pro se* petitioner by first class United States Mail, postage prepaid, at the following address:

>Alfonso Norman, #11288-002
>Federal Correctional Institute
>P. O. Box 34550
>Memphis, TN  38184

      /s/Sandra J. Stewart
      SANDRA J. STEWART
      Assistant United States Attorney

ADDRESS OF COUNSEL:

United States Attorney's Office
131 Clayton Street
Montgomery, AL  36101-0197
(334) 551-1764
(334) 223-7135
sandra.stewart@usdoj.gov