**UNITED STATES DISTRICT COURT**
MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK                                    TELEPHONE (334) 954-3600

November 1, 2007

# NOTICE OF CORRECTION

**From:** Clerk's Office

**Case Style: Alphonso Norman v. United States of America**
**Case Number: 2:07-cv-893-MEF**

**Pleading : #6 - Notice of Appearance**

**Notice of Correction is being filed this date to advise that the referenced pleading was e-filed on 10/31/2007 naming the attorney Clark A. Morris however his actual name is A. Clark Morris.**

**The corrected pdf document is attached to this notice.**

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO.  2:07cr142-MHT |
| | ) | |
| TORRANCE KENDALL SURLES | ) | |

**<u>UNITED STATES' NOTICE OF APPEARANCE OF ADDITIONAL COUNSEL</u>**

Comes now the United States of America, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and hereby notices the appearance of Assistant United States Attorney A. Clark Morris, who will be serving as additional counsel of record for the United States in this matter.

Respectfully submitted this the 9th of Octoberr, 2007.

                                                  LEURA G. CANARY
                                                  UNITED STATES ATTORNEY

                                                  /s/ A. Clark Morris
                                                  A. CLARK MORRIS
                                                  Assistant United States Attorney
                                                  131 Clayton Street
                                                  Montgomery, Alabama 36104
                                                  Telephone: (334) 223-7280
                                                  Fax: (334) 223-7135

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO.  2:07cr142-MHT |
| | ) | |
| TORRANCE KENDALL SURLES | ) | |

CERTIFICATE OF SERVICE

I hereby certify that on October 9, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

Respectfully submitted,

LEURA G. CANARY
UNITED STATES ATTORNEY

/s/ A. Clark Morris
A. CLARK MORRIS
Assistant United States Attorney
131 Clayton Street
Montgomery, Alabama 36104
Telephone: (334) 223-7280
Fax: (334) 223-7135