# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| ALFONSO NORMAN, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Civil Action No. 2:07cv893-MEF |
| UNITED STATES OF AMERICA, ) | (CR No.: 2:03-cr-00229) |
| ) | |
| Respondent. ) | |

## CONFLICT DISCLOSURE STATEMENT

COMES NOW the United States of America, Respondent in the above-captioned case, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and makes the following disclosures concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of Middle District of Alabama's General Order No. 3047:

☐  This party is an individual, or

☒  This party is a governmental entity, and

☒  There are no entities to be reported, or

1

☐    The following entities and their relationship to the party are hereby reported:  None.

Done this 11th day of December, 2007.

                LEURA G. CANARY
                UNITED STATES ATTORNEY


                /s/  Sandra J. Stewart
                SANDRA J. STEWART
                Assistant United States Attorney
                131 Clayton Street
                Montgomery, AL  36101-0197
                (334) 551-1764
                (334) 223-7135

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| ALFONSO NORMAN, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Civil Action No. 2:07cv893-MEF |
| UNITED STATES OF AMERICA, | ) | (CR No.: 2:03-cr-00229) |
| | ) | |
| Respondent. | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on December 11, 2007, I electronically filed the foregoing Conflict Disclosure Statement with the Clerk of the Court using the CM/ECF system and mailed, postage prepaid, a copy of this response to the *pro se* Defendant/Movant as follows:

Alfonso Norman
Rg. #11288-002
P. O. Box 34550
Federal Correctional Institute
Memphis, TN  38184

Respectfully submitted,

LEURA G. CANARY
UNITED STATES ATTORNEY

/s/  Sandra J. Stewart
SANDRA J. STEWART
Assistant United States Attorney
131 Clayton Street
Montgomery, AL  36101-0197
(334) 551-1764
(334) 223-7135