In the United States District Court
Middle District of Alabama
Northern Division

ALFONSO NORMAN )
 )
V. ) CV07-893-MEF
 )  HONORABLE SUSAN RUSS WALKER
 ) UNITED STATES MAGISTRATE JUDGE
UNITED STATES OF AMERICA . )
 )

[Stamp: RECEIVED 2008 JAN -2 A 10: 25  DEBRA P. HACKETT, CLK  U.S. DISTRICT COURT  MIDDLE DISTRICT ALA]

MOTION FOR ADDITIONAL TIME TO RESPOND
TO THE COURT ORDER

   Comes Now Alfonso Norman. referred herein to as "Petitioner" and hereby respectfully moves this Honorable Court for extended time of at least 21-days to properly respond to this Court's Order filed December 6. 007.  and submits the following in support hereof:

   The Court on the 6th day of December. 007. on page three (3) Ordered the Petitioner by Janaury 3rd. 008 to show cause to why his 28 U.S.C. § 2255 should not be dismissed as it was not filed within the one-year limitation period established by AEDPA. (Anti-Terrorism and Effective Death Penalty Act)

   Petitioner contend that he request the additional 21-days in order to retrieve and locate misplaced documents that is essential to his response of untimeliness.

   WHEREFORE. premises considered that this Honorable Court will grant his requestt in full or whatever the Court deems fair and just.

                              Respectfully Submitted.
                              /s/ Alfonso Norman
                              ALFONSO NORMAN #11288-002
                              P.O. Box 34550
                              F.C.I. Memphis
                              Memphis. TN 38184-0550

*[Handwritten note at bottom]: Sent a letter to the United States Supreme Court asking for a copy of the letter were they denied my Petition for Cert. Have not received it.*

CERTIFICATE OF SERVICE

I hereby certify that I have on this  19th  day of  December , 007 I mailed a copy of this Motion for Additional of Time to the U.S. District Court for the Middle District of Alabama Court Clerk located at  15 Lee Street Montgomery, Ala 36104  by First class U.S. Mail postage prepaid on the above date.

_____
ALFONSO NORMAN

(cc) Sandra J. Stewart
Assistant United States attorney
131 Clayton Street
Montgomery, AL 36101-0197

Alonzo Thurman #112880-002
Federal Correctional Inst.
P.O. Box 34550
Memphis, TN 38138-0550

United States District Court
Middle District of Alabama
Post Office Box 711
Montgomery, Alabama 36101-0711

7005 1160 0000 7002 4267

**CERTIFIED MAIL**

7005 1160 0000 7002 4267