IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

ALPHONSO NORMAN,                    )
                                   )
        Petitioner,                )
                                   )
v                                  )        Civil Action No. 2:07cv893-MEF
                                   )
UNITED STATES OF AMERICA,          )
                                   )
        Respondent.                )

**ORDER ON MOTION**

Upon consideration of the motion for extension of time filed by the petitioner on January 2, 2008 (Doc. No. 14), and for good cause, it is

ORDERED that this motion be and is hereby GRANTED. It is further

ORDERED that the petitioner be GRANTED an extension from January 3, 2008, to and including January 24, 2008, to show cause why his 28 U.S.C. § 2255 motion should not be dismissed as it was not filed within the one-year limitation period established by the AEDPA, in compliance with this court's order entered on December 6, 2007.

Done this 7th day of January, 2008.


_____/s/Susan Russ Walker_____
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE