IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

ALFONSO NORMAN )
)
vs. ) Civil Action No. 2:07cv893-MEF
)
) HONORABLE JUDGE SUSAN RUSS WALKER
UNITED STATES OF AMERICA ) UNITED STATES MAGISTRATE JUDGE
)

PETITIONER'S RESPONSE TO COURT'S ORDER

    Now Comes the Petitioner in the above cause respectfully submits his Response to the Honorable Susan Russ Walker Order filed on December 6. 2007. and states the following in support hereof:

Petitioner Answer to Court Order

    petitioner notified this Honorable Court for extended time to Court's Order filed December 6. 2007. ordering the petitioner to show cause to why his motion should not be dismissed by January 3. 2008.

    Petitioner contends that his trial ended October 5. 2004. the Court of Appeals affirmed his conviction and sentence January 11. 2006; and rehearing en banc denied March 10. 2006.

    Next. petitioner filed his Certiorari with the U.S. Supreme Court June 22. 2006. and the same being denied October 2. 2006. See Exhibit A & B attached herewith.

Hence. with all due respect before this Honorable Court. the petitioner's Section 2255 to vacate under 28 U.S.C. should be deemed timely filed....

WHEREFORE. under the circumstances outlined herein. apparently. the one-year period of limitation contained in 28 U.S.C. § 2255 do not affect petitioner; i.e.. he has met the requirement of 28 U.S.C. § 2255 established by the AEDPA.  See § 105 of the Anti-Terrorism and Effective Death Penalty Act. ("AEDPA").

Respectfully Submitted.

*Alfonso Norman*
Alfonso Norman #11288-002
P.O. Box 34550
F.C.I. Memphis
Memphis. TN 38184-0550

## CERTIFICATE OF SERVICE

I hereby certify that I have filed a copy of this pleading with the U.S. District Court Middle District of Alabama located at 206 U.S. Courthouse 15 Lee Street P.O.Box 711 Montgomery. Alabama 36104; and a copy of the same mailed to the U.S. Assistant U.S. Attorney Sandra J. Stewart. 131 Clayton Street Montgomery. Alabama 36101-0197 this 23rd day of January. 008.

*Alfonso Norman*
ALFONSO NORMAN

2

Alfonso Norma #11288-002
P.O. Box 34550
Federal Correctional Institution
Memphis, TN 38184-0550



Legal Mail

7006 2150 0004 5357 8683



United States District Court
Middle District of Alabama
206 U.S. Courthouse
15 Lee Street P.O. Box 711
Montgomery, Alabama 36104



7006 2150 0004 5357 8683        3610130711 B007

# Supreme Court of the United States

No.   05-11665

Alfonso Norman, aka Scooter,

Petitioner

v.

United States

ON PETITION FOR A WRIT OF CERTIORARI to the United States Court of Appeals for the Eleventh Circuit, No. 04-15292.

ON CONSIDERATION of the petition for a writ of certiorari herein to the United States Court of Appeals for the Eleventh Circuit.

IT IS ORDERED by this Court that the said petition is denied.

October 2, 2006

"EXHIBIT A"

A true copy  WILLIAM K. SUTER
    Test:
Clerk of the Supreme Court of the United States
By _____
                                                    Deputy

**EXHIBIT "A"**

# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

William K. Suter
Clerk of the Court
(202) 479-3011

June 22, 2006

Clerk
United States Court of Appeals for the Eleventh
Circuit
56 Forsyth Street, N.W.
Atlanta, GA 30303

    Re: Alfonso Norman, aka Scooter
        v. United States
        No. 05-11665
        (Your No. 04-15292)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on March 24, 2006 and placed on the docket June 22, 2006 as No. 05-11665.

Sincerely,

**William K. Suter**, Clerk

by

Ruth Jones
Case Analyst

EXHIBIT "B"