IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVE

ALFONSO NORMAN,                              )
                                             )    2008 FEB 19  A 10: 39
        Petitioner,                          )
                                             )         Civil Action No. 2:07CV893-MEF
                                                  DEBRA P. HACKETT, CL
vs.                                          )    U.S. DISTRICT COURT Criminal No. 2:03CR-00229
                                                  MIDDLE DISTRICT ALA
                                             )
UNITED STATES OF AMERICA,                    )
                                             )
        Respondent.                          )

MOTION FOR EXTENSION OF TIME

Comes Now, Alfonso Norman(Petitioner/Defendant) in a capacity as a Pro-Se
litigant the Petitioner Respectfully Request the Court for an Extension of
time to reply to the Government Response as defendant set fourth this reason.
The Defendant has filed a motion for Discovery under Rule 6 of 2255 proceedings
requesting certain Admission or documents from the Government the Evidence
obtained from the Discovery will be used as Exhibits in the Petitioner Reply
the Discovery is very important to establish the merits of the defendant's
Constitutional claims as it pertains to the United States; Never had juri-
diction over the evidence seized at 2429-E. Fourth Street to forfeit it use
it against him at trial and sentence.

WHEREFORE, petitioner Respectfully Request the Court to Extend the time
to include the time the government needs to respond to the discovery motion
to acquire the admission and documents requested by defendant for the defendant
can use as exhibit in his Reply to Government Response to his 2255 motion.

I hereby certify that on February 11, 2008 I filed the foregoing Motion with the Clerk's Office of the Court and  the United States Attorney by depositing it in the prison mailbox by certified mail.

cc: Sandra J. Stewart
    Assistant U.S. Attorney
    131 Clayton Street
    Montgomery, Alabama 36101-0197

                            Respectfully Submitted,

                            ALFONSO NORMAN#11288-002
                            P.O. Box 34550
                            F.C.I. Memphis
                            Memphis. TN 38184-0550

2

Alfonso
P.O. Box 34550
Federal Correctional Institution
Memphis. TN 38184-0550

Legal Mail

7006 2150 0004 5357 8065



7006 2150 0004 5357 8065

OFFICE OF THE CLERK
MIDDLE DISTRICT OF ALABAMA
206 U.S. COURTHOUSE
15 Lee Street
P O. Box 711(36101-0711)
Montgomery. Alabama 36104