IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

ALFONSO NORMAN,                )
    Petitioner,            ) Civil Action No. 2:07CV893-MEF
                               ) Criminal No. 2:03CR-00229
vs.                            )
                               )
                               )
UNITED STATES OF AMERICA,      )
    Respondent.            )

MOTION FOR DISCOVERY UNDER RULE 6
GOVERING § 2255 PROCEEDINGS

Comes Now Alfonso Norman (Petitioner/Defendant) in the capacity of Pro-Se litigant respectfully request the Court permission to conduct discovery under the Federal Rules of Criminal Procedure or Civil Procedure or in accordance with the practice and principle of law.

1. <u>Requesting Discovery</u>: A party requesting discovery must provide reasons for the request. The request must also include any proposed interrogatories and request for admission, and must specify any requested documents.

A. <u>Reason for Discovery</u>:

The Petitioner states that the discovery that he is seeking is very important to proving the facts and providing the evidence needed for the district court to evaluate his Constitutional claims raised in his 2255 motion.

B. <u>Interrogatories and Request for Admissions</u>:

1. Did the Montgomery Police Department or Officer Conway return the search warrant to Municipal Court Judge Les Hayes?

2. Did Municipal Court Judge Les Hayes forward the search warrant to Federal Court?

3. Did Municipal Court Judge Les Hayes forward the search warrant to the

state court?

4. Did the Montgomery Police Department or Officer Conway or Task Force Officer Wingard receive an order from any state court releasing the property seized by the search warrant at 2429 E. Fourth street to the U.S. Marshalls or the United States District Court or U.S. Attorney.

C. <u>Documents Requested</u>:

1. A signed copy of the return did on the search warrant issued at 2429 E. Fourth Street.

2. The State Court order authorizing the Montgomery Police Department or Officer Conway or Task Force Officer Wingard to turn the property taken from 2429 E. Fourth Street to the U.S. Government.

3. All Documents from Municipal Court Judge Les Hayes forwarding the search warrant to any officer of the state or federal Court Clerk for detention.

WHEREFORE, premises considered that this Honorable Court will grant him the relief that he seek or whatever the Court deems fair and just.

Respectfully Submitted,

ALFONSO NORMAN#11288-002
P.O. Box 34550
F.C.I. Memphis
Memphis, TN 38184-0550

2

## CERTIFICATE OF SERVICE

I hereby certify that on February 11, 2008 I filed the foregoing Motion with the Clerk's Office of the Court and the United States Attorney by depositing it in the prison mailbox by certified mail.

cc: Sandra J. Stewart
    Assistant U.S. Attorney
    131 Clayton Street
    Montgomery, Alabama 36101-0197

                            Respectfully Submitted,

                            ALFONSO NORMAN #11288-002
                            P.O. Box 34550
                            F.C.I. Memphis
                            Memphis, TN 38184-0550