IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ALPHONSO NORMAN, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v | ) Civil Action No. 2:07cv893-MEF |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Respondent. | ) |

**ORDER ON MOTION**

Upon consideration of Petitioner's motion for extension of time (Doc. No. 18), and for good cause, it is

ORDERED that this motion be and is hereby GRANTED. It is further

ORDERED that Petitioner be GRANTED an extension from February 20, 2008, to and including March 16, 2008, to file a reply to the government's response to Petitioner's 28 U.S.C. § 2255 motion in compliance with this court's order entered on January 28, 2008.

Done this 20th day of February, 2008.

    /s/Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE