IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ALPHONSO NORMAN, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v | ) Civil Action No. 2:07cv893-MEF |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Respondent. | ) |

**ORDER ON MOTION**

Upon review of the petitioner's February 19, 2008, *motion for discovery* (Doc. No. 19), in which he propounds interrogatories and requests various documents, it is

ORDERED that this motion (Doc. No. 19) be and is hereby denied, as the matters sought by the petitioner or not necessary to the resolution of the claims presented in his 28 U.S.C. § 2255 motion.

Done this 20th day of February, 2008.

                                                     /s/Susan Russ Walker
                                                     SUSAN RUSS WALKER
                                                     UNITED STATES MAGISTRATE JUDGE