IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

ALFONSO NORMAN, )
    Petitioner, )
                                ) Civil Action No. 2:07cv893-MEF
vs. )
                                )
UNITED STATES OF AMERICA, )
    Respondent. )

**PETITIONER REQUESTING ADDITIONAL TIME
TO PROPERLY RESPOND**

This Honorable Court on February 20, 008, according to Order On Motion by the Court, granted petitioner's motion for extension, to and including March 16, 008, to file his reply to the government's response.

In addition to that, with all due respect, petitioner faithfully believe that, if this Honorable Court will see fit to grant him ten (10) additional days to complete his research because of the very complex issues that needed in this case be address would be more than sufficient.... Moreover, his due date to respond is March 16, 2008.

                                                Respectfully Submitted,

                                                ALFONSO NORMAN #11288-002
                                                P.O. Box 34550
                                                F.C.I. Memphis
                                                Memphis, TN 38184-0550

CERTIFICATE OF SERVICE

I hereby certify that I have file the Original and One Copy of this Motion Requesting Additional Time To Properly Respond to the Office of the Clerk of the Court located at United States District Court for the Middle District of Alabama 206 U.S. Courthouse 15 Lee Street P.O. Box 711 Montgomery. Alabama 36104, and the same mailed to the Assistant U.S. Attorney, Sandra J. Stewart, 131 Clayton Street Montgomery, Alabama 36101-0197, by first class U.S. mail postage prepaid this  15  day of  March , 008.

_____
ALFONSO NORMAN

2

Alfonso Norman #11288-002
P.O. Box 34550
Federal Correctional Institution
Memphis, TN 38184-0550

MEMPHIS TN 381
14 MAR 2008 PM 2 T

"LET US DARE TO READ,
THINK, SPEAK AND
John Adams, 1765
Poweroftheletter

Legal Mail

Office of the Clerk
U.S. District Courthouse
15 Lee Street
Montgomery, Alabama 36104

36104+4056