IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

ALPHONSO NORMAN,                )
                                )
                Petitioner,     )
                                )
v                               )        Civil Action No. 2:07cv893-MEF
                                )
UNITED STATES OF AMERICA,       )
                                )
                Respondent.     )

**ORDER ON MOTION**

Upon consideration of Petitioner's motion for extension of time (Doc. No. 22), and

for good cause, it is

ORDERED that this motion be and is hereby GRANTED.  It is further

ORDERED that Petitioner be GRANTED an extension from March 16, 2008, to and

including March 28, 2008, to file a reply to the government's response to Petitioner's 28

U.S.C. § 2255 motion in compliance with this court's order entered on January 28, 2008.

Done this 18th day of March, 2008.


_____/s/Susan Russ Walker_____
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE