IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ALPHONSO NORMAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 2:07-cv-893 |
| | ) |
| UNITED STATES OF AMERICA, | ) (WO - DO NOT PUBLISH) |
| | ) |
| Defendant. | ) |

## **O R D E R**

It is hereby ORDERED that

(1) This Court's prior order dated December 10, 2009 (Doc. #31) is VACATED;

(2) The Motion to Set Aside Judgment (Doc. #29) is GRANTED;

(3) The order adopting the Recommendation of the Magistrate Judge (Doc. #26) and the final judgment (Doc. #27) entered by this Court on November 16, 2009 are VACATED;

(4) The Motion for Extension of Time (Doc. #30) is DENIED as moot; and

(5) The plaintiff shall file any objections he may have to the Report and Recommendation of the Magistrate Judge (Doc. #25) entered on October 21, 2009 on or before December 30, 2009.

DONE this the 10th day of December, 2009.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE