IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
NORTHERN DIVISION

| | |
|---|---|
| ALPHONSO NORMAN, ) | |
| ) | |
| Petitioner, ) | |
| v. ) | CASE NO. 2:07-cv-0893-MEF |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent . ) | |

# **O R D E R**

After an independent review of the file, it is the ORDER, JUDGMENT and DECREE of the court that:

(1) The petitioner's Objection to the Magistrate Judge Recommendation (Doc. #35) filed on January 5, 2010 is overruled;

(2) The Recommendation of the United States Magistrate Judge (Doc. #25) entered on October 10, 2009 is adopted;

(3) The 28 U.S.C. § 2255 motion filed by Norman is DENIED as the claims therein entitled him to no relief.

DONE this the 1st day of February, 2010.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE